UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAROLD MANSON,

            Plaintiff,

-against-

COMMISSIONER JOSEPH PONTE, et al.,

            Defendants.

No. 16-CV-1312 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On May 13, 2016, this case was consolidated with case 15-CV-8477. (See dkt. no. 15 in 16-CV-1312.) On October 21, 2019, Mr. Manson's claims were dismissed without prejudice. (See dkt. no. 106 in 15-CV-8477.) Accordingly, the Clerk of the Court shall close 16-CV-1312 and deny all pending motions as moot.

**SO ORDERED.**

Dated:    September 27, 2021
            New York, New York

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge